## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIUS GLOBAL SOLUTIONS LLC, | : |
| Plaintiff and Counterclaim-Defendant, | : |
| v. | : No. 2:15-cv-003871-BMS |
| HOBSONS, INC., | : |
| Defendant and Counterclaim-Plaintiff. | : |

### ORDER OF COURT

AND NOW, this 24 day of March, 2016, it is hereby **ORDERED, ADJUDGED and DECREED**, that the Parties' Stipulation of Dismissal With Prejudice is **GRANTED** and Plaintiffs' Complaint, and the claims contained therein, and the Counterclaims asserted by Defendant, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and Court costs.

BY THE COURT:

_____
Berle M. Schiller, J.
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIUS GLOBAL SOLUTIONS LLC, | : |
| Plaintiff and Counterclaim-Defendant, | : |
| v. | : No. 2:15-cv-003871-BMS |
| HOBSONS, INC., | : |
| Defendant and Counterclaim-Plaintiff. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the voluntary dismissal *with prejudice* of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party hereby stipulates to the dismissal with prejudice of all claims and counterclaims levied by the parties in this action. Each party shall bear its own attorneys' fees and Court costs. Wherefore, the parties respectfully request that the Court enter the attached order dismissing this action *with prejudice*.

Dated: March 24, 2016

Respectfully submitted

By: s/ Karen Kreider Gaunt
Karen Kreider Gaunt
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 300
Cincinnati, Ohio 45202
Telephone: 513.977.8503
Fax:      513.977.8141
E-mail: karen.gaunt@dinsmore.com

*Counsel for Defendant/Counterclaim-Plaintiff*

By: s/ Timothy D. Pecsenye
Timothy D. Pecsenye
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103\
Telephone: 215.569.5619
Fax: 215.832.5619
Email: Pecsenye@BlankRome.com

*Counsel for Plaintiff/Counterclaim-Defendant*